**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 284 MAL 2023

           Respondent                  :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                       :

                                  :

SALVADOR ROBERTS,                 :

                                  :

           Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.